Certificate Number: 20102-PAM-DE-037243800

Bankruptcy Case Number: 23-00320



20102-PAM-DE-037243800

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 8, 2023</u>, at <u>4:08</u> o'clock <u>PM EST</u>, <u>David Stashko</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 8, 2023</u>

By: <u>/s/Marcy Walter</u>

Name: <u>Marcy Walter</u>

Title: <u>President-Manager</u>