

This is my response to the motion for relief from stay, filed on 3/20/23. I was seperated from marriage in June 2018 because of an injury I sustained years prior. I was denied SSD, even though I am unable to work and 2 years ago I was placed as the sole provider to my 9 year old son, due to his mother's arrest for public drunkeness and child endangerment. I sincerely apologize for any inconvenience this has caused to all parties involved.

Sincerely,

David Stashko

*[signature]*