United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                       Case No. 23-00320-MJC

David Anthony Stashko                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                   Page 1 of 2
Date Rcvd: May 30, 2023                        Form ID: 318                                 Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | David Anthony Stashko, 701 Mill St, Dunmore, PA 18512-3042 |
| 5522011 | | ABM Parking Services for Scranton, 140 Adams Ave, Scranton, PA 18503-1806 |
| 5522012 | # | Apothaker Scian P.C., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5522018 | + | Commonwealth of Pennsylvania, Department of Transportation, 1101 S Front St Fl 3, Harrisburg, PA 17104-2516 |
| 5522020 | | Crystal Ann Stashko, 102 Gilroy St, Peckville, PA 18452-2114 |
| 5522021 | | David J. Apothaker, 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5522023 | | Geradine M Linn, KML Law Group, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5522026 | | Michael J. Dougherty, Esq., Weltman, Weinberg, and Reis, CO, L.P.A., 170 S Independence Mall W Ste 874W, Philadelphia, PA 19106-3334 |
| 5522029 | | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 5522028 | | Pennsylvania American Water, 2699 Stafford Ave, Scranton, PA 18505-3608 |
| 5522010 | | Sabatini Law Firm LLC, 216 N Blakely St, Dunmore, PA 18512-1904 |
| 5522009 | | Stashko David Anthony, 701 Mill St, Dunmore, PA 18512-3042 |
| 5522032 | + | Weltman, Weinberg, & Reis, 170 S Independence Mall W Ste 847W, Philadelphia, PA 19106-3334 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | May 30 2023 23:27:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5522013 | | EDI: CINGMIDLAND.COM | May 30 2023 23:27:00 | AT&T, PO Box 10330, Fort Wayne, IN 46851-0330 |
| 5522014 | | EDI: CINGMIDLAND.COM | May 30 2023 23:27:00 | AT&T Mobility, PO Box 537104, Atlanta, GA 30353-7104 |
| 5522017 | | EDI: COMCASTCBLCENT | May 30 2023 23:27:00 | COMCAST COMMUNICATIONS LLC, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2838 |
| 5522015 | | Email/Text: bankruptcy@cavps.com | May 30 2023 19:28:00 | Calvary Portfolio, 500 Summit Lake Dr Ste 400, Valhalla, NY 10595-2321 |
| 5522016 | | EDI: CITICORP.COM | May 30 2023 23:27:00 | Citibank NA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 5522019 | | EDI: CCS.COM | May 30 2023 23:27:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 5522022 | | EDI: DISCOVER.COM | May 30 2023 23:27:00 | Discover Bank, PO Box 15316, Wilmington, DE 19850-5316 |
| 5522024 | ^ | MEBN | May 30 2023 19:23:12 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5522025 | | Email/Text: nsm_bk_notices@mrcooper.com | | |

| | | | | |
|---|---|---|---|---|
| | | | May 30 2023 19:28:00 | Lakeview Loan Servicing, LLC, 4425 Ponce de Leon Blvd Mail Stop Ms5/25, Coral Gables, FL 33146-1837 |
| 5522027 | | Email/Text: nsm_bk_notices@mrcooper.com | May 30 2023 19:28:00 | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 5522131 | + | EDI: RMSC.COM | May 30 2023 23:27:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5522030 | | EDI: RMSC.COM | May 30 2023 23:27:00 | Synchrony Bank/Citgo PLCC, PO Box 965004, Orlando, FL 32896-5004 |
| 5522031 | ^ | MEBN | May 30 2023 19:23:00 | Waypoint Resource Group, 301 Sundance Pkwy, Round Rock, TX 78681-8004 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 David Anthony Stashko usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;g62721@notify.cincompass.com;sabatini.carlob107053@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jill E. Durkin | jilldurkinesq@gmail.com  PA92@ecfcbis.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| | | | |
|---|---|---|---|
| Debtor 1 | David Anthony Stashko | Social Security number or ITIN | xxx–xx–8011 |
| | First Name  Middle Name  Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ EIN  __–_____ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:23-bk-00320-MJC | | |

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Anthony Stashko
aka David A Stashko, aka David Stashko

5/30/23

**By the court:**

_(signature)_

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**